# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

## APPEAL NO. 25-1242

## UNITED STATES
Appellee
**v.**

## WILFREDO FELICIANO-RODRIGUEZ,
Defendant - Appellant

---

## UNITED STATES MOTION FOR A STAY AND/OR AN EXTENSION OF THE BRIEFING SCHEDULE

---

**TO THE HONORABLE COURT:**

The United States of America requests that the Court grant its motion to stay the briefing schedule, and if not, the Court grant the United States' request for extension to file its brief. In support thereof, the government states as follows:

1. Today, the United States filed a motion to dismiss Feliciano-Rodriguez's appeal.

2. If granted, the appeal would be dismissed without the need for filing a responsive brief. As a result, the United States respectfully requests that the briefing schedule in this appeal be stayed pending resolution of the motion.

3.      Moreover, the Clerk of the Court gave notice that the United States was required to file its brief by May 5th, 2025. In the event that the Court does not grant the stay by that date, the United States does not want to be in default of the briefing schedule. Therefore, pending resolution of the stay motion, the United States requests a 30-day extension, that is until June 4, 2025.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant a stay of the briefing schedule in this appeal.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st of May 2025.

W. Stephen Muldrow
United States Attorney

Mariana E. Bauzá-Almonte
Assistant United States Attorney
Chief, Appellate Division

/s/Maarja T. Luhtaru
Assistant United States Attorney
United States Attorney's Office
Torre Chardón, Suite 1201
350 Carlos Chardón Avenue
San Juan, Puerto Rico 00918
Tel (787) 766-5656
Fax (787) 772-3976

**C**ERTIFICATE OF **S**ERVICE

**I HEREBY CERTIFY** that, on May 1, 2025, I filed the above motion with the Clerk of Court using the Court's electronic-filing system, and a true and correct copy of the foregoing motion was sent by regular U.S. mail to:

Wilfredo Feliciano-Rodriguez
Reg. No. 24241-069
FCI Yazoo City Low
Federal Correctional Institution
P.O. Box 5000
Yazoo City, MS 39194

/s/ Maarja T. Luhtaru
Assistant United States Attorney